EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN                                JS-6
Assistant United States Attorney
Chief, Civil Division
JENNIFER A. KENNEY, CSBN 241625
Special Assistant United States Attorney
     160 Spear Street, Suite 800
     San Francisco, CA 94105
     Telephone: (415) 977-8945
     Facsimile: (415) 744-0134
     E-Mail: Jennifer.A.Kenney@ssa.gov

Attorneys for Defendant Commissioner of Social Security

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLAFIRA PARRA, | ) 15-cv-05931-JVS-KES |
| | ) |
|  Plaintiff, | ) [PROPOSED] |
| | ) JUDGMENT OF REMAND |
|     v. | ) |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social | ) |
| Security, | ) |
| | ) |
|  Defendant. | ) |

     The Court having approved the parties' Stipulation to Voluntary Remand

Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment for

Plaintiff ("Stipulation to Remand"), **IT IS HEREBY ORDERED, ADJUDGED**

**AND DECREED** that the above-captioned action is remanded to the

1   Commissioner of Social Security for further proceedings consistent with the

2

3   Stipulation to Remand.

4

5

6   Dated: April 29, 2016

7   _____
    HON. KAREN E. SCOTT
    UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Judgment for Remand, Sentence Four 15-cv-05931-JVS-KES